| From: | Dick Urquhart |
|---|---|
| To: | Phillips, Tod |
| Cc: | Phillip Smith; Myles Parker; Alexandra Markov; Frank Neuner |
| Subject: | RE: Calumet - update |
| Date: | Thursday, December 19, 2019 6:24:45 PM |

Tod -

We have a settlement in principal and expect dismissal with prejudice shortly after the new year.

Best regards,

Dick

---

**From:** Phillips, Tod <phillips@wrightclosebarger.com>
**Sent:** Wednesday, December 18, 2019 1:49 PM
**To:** Dick Urquhart <RURQUHART@ZELLE.COM>
**Cc:** Phillip Smith <psmith@neunerpate.com>; Myles Parker <mparker@cwplaw.com>; Alexandra Markov <amarkov@cwplaw.com>; Frank Neuner <FNeuner@neunerpate.com>
**Subject:** RE: Calumet - update
**Importance:** High

**-=EXTERNAL EMAIL=-**

Dick / Myles:

Please advise as to status of your clients in the Calumet litigation now pending in East Baton Rouge. We filed an answer on behalf of Infrasure and did not see any responsive pleading filed by any of the Market members to Calumet's original petition.

If your clients have settled, please advise. If there is an order of nonsuit or other formal dismissal of Calumet's claims against your clients, please advise as to that.

Thank you in advance.

Tod

**EXHIBIT B**