| | |
|---|---|
| **From:** | Don Cazayoux |
| **To:** | Frank Neuner |
| **Cc:** | Raina Vallot; Lane Ewing; Bethany Murray; Greeves, Geoffrey; Purvis, Alex; Jamie Viator; Phillip Smith; Phillips, Tod |
| **Subject:** | Re: Calumet Specialty Products Partners, L.P., et al v. National Union Fire Insurance Company of Pittsburgh, PA, et al. |
| **Date:** | Monday, December 30, 2019 8:34:18 AM |

Glad y'all got to go. We were there too. Fantastic experience. Settlement has not been totally completed at this point. We will certainly let you know once that is done. Happy new year

On Dec 30, 2019, at 8:22 AM, Frank Neuner <FNeuner@neunerpate.com> wrote:

    Thanks Don. Hope your Christmas was great. Did you go to Atlanta for the game? We were there and it was awesome. Have you finalized your settlement with the other insurers? Happy New Year, Frank

**FRANK X. NEUNER, JR.**
NEUNERPATE
ATTORNEY

**P: 337 237 7000   D: 337 272 0311**
**C: 337 654 4424   F: 337 272 0302**
fneuner@NeunerPate.com

One Petroleum Center
1001 West Pinhook Road, Suite 200
Lafayette, LA 70503

On Dec 21, 2019, at 4:41 PM, Don Cazayoux <don@cazayouxewing.com> wrote:

Yes, Frank that will be fine. Because the discovery was propounded back in September it will be difficult to accommodate any further requests for additional time beyond January 10.

Hope you and your family have a great Christmas and New Year. Take care,

Don

**Don Cazayoux**
**Cazayoux Ewing, LLC**

**EXHIBIT C**

| | |
|---|---|
| **257 Maximilian Street** | 143 East Main Street |
| **Baton Rouge, LA  70802** | New Roads, LA  70760 |
| (**225) 650-7400** | (225) 638-3276 |
| **Fax:  (225) 650-7401** | Fax: (225) 638-8319 |

**From:** Frank Neuner <FNeuner@neunerpate.com>
**Sent:** Wednesday, December 18, 2019 5:19 PM
**To:** Raina Vallot <raina@cazayouxewing.com>
**Cc:** Don Cazayoux <don@cazayouxewing.com>; Lane Ewing <lane@cazayouxewing.com>; Bethany Murray <bethany@cazayouxewing.com>; Greeves, Geoffrey <ggreeves@bradley.com>; Purvis, Alex <apurvis@bradley.com>; Jamie Viator <jviator@neunerpate.com>; Phillip Smith <psmith@neunerpate.com>; Phillips, Tod <phillips@wrightclosebarger.com>
**Subject:** RE: Calumet Specialty Products Partners, L.P., et al v. National Union Fire Insurance Company of Pittsburgh, PA, et al.

**Don and Geof:**

**It is our understanding that Calumet and the other Market Members have come to an agreement regarding Calumet's claims, though we are uncertain as to the details.  Some of our discovery responses were to be a cooperative effort and we are now working to address discovery responses solo.  Given the change in party composition and the holidays fast approaching, is Calumet  agreeable to a deadline of January 10, 2020 – barring any unforeseen changes in party affiliation?  If that is agreeable, please advise and we will work toward that goal.  Thanks and best wishes for the holidays, Frank**

**From:** Raina Vallot <raina@cazayouxewing.com>
**Sent:** Wednesday, December 18, 2019 4:18 PM
**To:** Frank Neuner <FNeuner@neunerpate.com>
**Cc:** Don Cazayoux <don@cazayouxewing.com>; Lane Ewing <lane@cazayouxewing.com>; Bethany Murray <bethany@cazayouxewing.com>; Greeves, Geoffrey <ggreeves@bradley.com>; Purvis, Alex <apurvis@bradley.com>
**Subject:** Calumet Specialty Products Partners, L.P., et al v. National Union Fire Insurance Company of Pittsburgh, PA, et al.

**EXHIBIT C**

Mr. Neuner,

Please see the attached correspondence from Mr. Cazayoux.

Sincerely,

Raina Vallot
Legal Assistant to Donald J. Cazayoux, Jr.,
   J. Lane Ewing, Jr. and J. Stan Lemelle
Cazayoux Ewing, LLC
257 Maximilian Street
Baton Rouge, LA 70802
(225) 650- 7400
raina@cazayouxewing.com

CONFIDENTIALITY STATEMENT

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender at NeunerPate immediately by telephone at 337-237-7000 or fax to 337-233-9450.

CONFIDENTIALITY STATEMENT

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender at NeunerPate immediately by telephone at 337-237-7000 or fax to 337-233-9450.

**EXHIBIT C**