| | |
|---|---|
| CALUMET SPECIALTY PRODUCTS PARTNERS, L.P., *et al.* | 19TH JUDICIAL DISTRICT COURT |
| VERSUS | DOCKET NO. 689530; DIV. "D" |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, *et al.* | EAST BATON ROUGE PARISH, STATE OF LOUISIANA |

## NOTICE OF FILING NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, comes Defendant, Infrassure Ltd. ("Infrassure"), who hereby notifies this Court that it has filed a Notice of Removal of the above-captioned matter against Infrassure in the U.S. District Court for the Middle District of Louisiana, a copy of which is attached hereto as Exhibit "1."

Respectfully submitted,

**NEUNERPATE**

By: _____
Frank X. Neuner, Jr., La. Bar No. 7674
(fneuner@neunerpate.com)
Phillip M. Smith, La. Bar No. 37314
(psmith@neunerpate.com)
1001 West Pinhook Road, Suite 200
Lafayette, Louisiana 70503
Telephone: 337-237-7000
Fax: 337-233-9450

-and-

**WRIGHT CLOSE & BARGER, LLP**
Tod A. Phillips, Texas Bar No. 15955800
(phillips@wrightclosebarger.com)
Lisa M. Wright, Texas Bar No. 24089367
(lwright@wrightclosebarger.com)
One Riverway, Suite 2200
Houston, TX 77056
Telephone: 713-572-4321

*Attorneys for Defendant, Infrassure, Ltd.*

**EXHIBIT D**

## Certificate of Service

I HEREBY CERTIFY that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:

| | | | |
|---|---|---|---|
| ☐ | Hand delivery | ☐ | Prepaid U. S. Mail |
| ☑ | Facsimile/Electronic Mail | ☐ | Federal Express |
| ☐ | Certified Mail/Return Receipt Requested | ☐ | CM/ECF |

Lafayette, Louisiana on January 8, 2020.

_____
COUNSEL

**EXHIBIT D**