**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| Calumet Specialty Products Partners, L.P., Calumet Refining, LLC, and Calumet Shreveport Refining, LLC | Civil Action No. 3:20-cv-00014 |
| Versus | Judge John W. deGravelles |
| Infrassure Ltd. | Magistrate Judge Erin Wilder-Doomes |

# ORDER

Considering the *Joint Motion to Remand* filed by Plaintiffs, Calumet Specialty Products Partners, L.P., Calumet Refining, LLC, and Calumet Shreveport Refining, LLC, and Defendant, Infrassure Ltd.;

**IT IS ORDERED** that the *Joint Motion to Remand* is **GRANTED**, and that the above-captioned case is hereby remanded to the 19th Judicial District Court for East Baton Rouge Parish, Louisiana.

Baton Rouge, Louisiana, this __30th__ day of __January__, 2020.

_____
JUDGE